# EXHIBIT C

## LAW OFFICES OF LIBBY & NAHMIAS
150 COURT AVENUE, 2nd FLOOR
MEMPHIS, TENNESSEE 38103
(901) 343-0777
(901) 343-0780 (FAX)

Stephen F. Libby*
Adam M. Nahmias

August 26, 2015

Cecile M. Camarata, ACP
Paralegal

*Also licensed in Arkansas
and Mississippi

<u>Via Email and U.S. Mail</u>
Simon Malko, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044

Re: Forest Creek Townhomes, LLC v. Carroll Property Management, LLC and Hediger Enterprises, Inc.
Shelby County Chancery Court Docket No.: CH-14-1553-3

Dear Mr. Pritchett:

In response to your letter dated August 25, 2013, I have confirmed that my client does want to review all of the financial reports for the Complex while it was being managed by your clients, and would request that your clients produce all responsive documents.

As to the enumerated items in your letter:

1. While I believe that Forest Creek's Response to Carroll's Request for Admissions are responsive and fully within the requirements of the applicable Rules, I will examine and consider the issues raised in your August 18 correspondence, and will let you know my client's position;
2. I have no objection to the entry of a Consent Order, but since no motion has been filed, I am not sure the Court would accept one. Nonetheless, and as we discussed, I will file the Responses by the close of business on September 11, 2014; and
3. Forest Creek Townhomes, LLC is a one member limited liability. The sole member is Warren Ashman, who is a resident of California.

Please contact me should you have any questions/wish to discuss further. Thanks.

Sincerely,

THE LAW OFFICES OF LIBBY & NAHMIAS

Adam M. Nahmias

AMN/cmc
cc: Jeffrey Nicoson, Esq. (via email only)