## IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| FOREST CREEK TOWNHOMES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CH-14-1553-3 |
| ) | JURY DEMANDED |
| CARROLL PROPERTY MANAGEMENT, ) | |
| LLC; and HEDIGER ENTERPRISES, ) | |
| INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

### NOTICE TO THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

COME NOW, Carroll Property Management, LLC and Hediger Enterprises, Inc. ("Defendants") and respectfully notify the Clerk of the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis that Defendants have filed a NOTICE OF REMOVAL, a copy of which is attached hereto as Exhibit A, removing this action from the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis to the United States District Court for the Western District of Tennessee. Pursuant to 28 U.S.C. § 1446(d), the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis "shall proceed no further unless and until the case is remanded."

[*signatures on following page*]

Respectfully submitted this 2nd day of September, 2015.

                                 LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

                                 D. Scott Bennett (TN Bar No. 015988)
                                 Jeffrey E. Nicoson (TN Bar No. 027445)

80 Monroe Avenue, Suite 800
Memphis, Tennessee 38103
(901) 527-0214
(901) 527-8224 (fax)

**Of Counsel:**

MORRIS, MANNING & MARTIN LLP
Simon R. Malko
Steven J. Pritchett
3343 Peachtree Road, N.E., Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
*Attorneys for Defendants*
*Carroll Property Management, LLC, and*
*Hediger Enterprises, Inc.*

9628197 v1

## IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| FOREST CREEK TOWNHOMES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CH-14-1553-3 |
| ) | JURY DEMANDED |
| CARROLL PROPERTY MANAGEMENT, ) | |
| LLC; and HEDIGER ENTERPRISES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel in this cause by via electronic notification or by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope, or by hand delivering same to each such attorney as follows:

> Adam Nahmias, Esquire
> Law Offices of Libby & Nahmias
> 150 Court Avenue
> Memphis, Tennessee 38103
> adam@lnlawmemphis.com

This the 2nd day of September, 2015.

_____
D. Scott Bennett
Jeffrey E. Nicoson